```
MABLE DELOISE DANCY            LITTLE LAKE LENDING           TOWER LOAN
1705 MAHORNER RD               2726 MISSION RACHERIA         ATTN: BANKRUPTCY
SHUQUALAK, MS 39361            LAKEPORT, CA 95434            PO BOX 320001
                                                             FLOWOOD, MS 39232


THOMAS C. ROLLINS, JR.         MONEY MATTERS                 TRIAD FINANCIAL SERV
THE ROLLINS LAW FIRM, PLLC     2611 JEFFERSON ST             ATTN: BANKRUPTCY
P.O. BOX 13767                 MACON, MS 39341               13901 SUTTON PARK DR S
JACKSON, MS 39236                                            SUITE 300
                                                             JACKSONILLE, FL 32224


ADVANCE AMERICA                NAVY FEDERAL CREDIT UN        WORLD FINANCE CORP
507-4 18TH AVE N TOWNS         P.O. BOX 3100                 ATTN: BANKRUPTCY DEPT
COLUMBUS, MS 39705             MERRIFIELD, VA 22119          P.O.BOX 6429
                                                             GREENVILLE, SC 29606


EXETER FINANCE LLC             OKINUS, INC
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 166008                  147 W RAILROAD ST, S
IRVING, TX 75016               PELHAM, GA 31779


FIDELITY NATIONAL LOAN         REPUBLIC FINANCE
507 18TH AVE N. STE 5          ATTN: BANKRUPTCY
COLUMBUS, MS 39705             7031 COMMERCE CIRCLE
                               BATON ROUGE, LA 70809


FORTIVA                        SANTANDER CONSUMER USA
P.O. BOX 790156                1601 ELM ST
SAINT LOUIS, MO 63179          STE 800
                               DALLAS, TX 75201


JABREKA DANCY                  SNAP FINANCE
1705 MAHORNER RD               P.O. BOX 26561
SHUQUALAK, MS 39361            SALT LAKE CIT, UT 84126


LEND NATION                    SUNBIT FINANCIAL
2024 HWY 45 N                  ATTN: BANKRUPTCY
COLUMBUS, MS 39705             PO BOX 24010
                               LOS ANGELES, CA 90024


LENDMARK                       THE CITIZENS BANK
ATTN: BANKRUPTCY               521 MAIN ST
1735 N. BROWN ROAD             PHILADELPHIA, MS 39350
SUITE 300
LAWRENCEVILE, GA 30043
```