**IN THE UNITED STATES BANKRUPTCY COURT FOR8**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                    CHAPTER 13 NO.:

MABLE DELOISE DANCY                                                          26-00178 – JAW

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. The Debtor filed a Chapter 13 Petition on January 23, 2026, and a 341(a) Meeting of Creditors was held on March 3, 2026.

2. Upon information and belief, this plan has not been filed in good faith.

3. That, Money Matters filed a secured claim for which the Debtor failed to provide treatment in her Plan. The Debtor should be required to file a modified plan providing proper treatment for the secured claim or object to the claim.

4. That, confirmation should be denied and this case dismissed.

5. The Trustee hereby objects to any amended plan filed hereafter.

6. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: March 4, 2026

                                        Respectfully submitted,

                                      /s/ Harold J. Barkley, Jr.
                                      HAROLD J. BARKLEY, JR. – MSB #2008
                                      CHAPTER 13 TRUSTEE
                                      POST OFFICE BOX 4476
                                      JACKSON, MS 39296-4476
                                      PHONE: 601/362-6161  FAX: 601/362-8826
                                      EMAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

  I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Mable Deloise Dancy
1705 Mahorner Road
Shuqualak, MS 39361

Money Matters
2611 Jefferson Street
Macon, MS 39341


Dated: March 4, 2026

                /s/ Harold J. Barkley, Jr.
                HAROLD J. BARKLEY, JR.