___



SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: March 9, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

___

IN THE UNITED STATES BANKRUPTCY COURT FOR<br>THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 NO.:

MABLE DELOISE DANCY                             26-00178 – JAW

<u>O R D E R</u>

THIS CAUSE came before the Court on the Trustee's Objection to Confirmation of Plan (DK # 15); and the Court orders as follows:

THAT, the Trustee's Objection to Confirmation of Plan is withdrawn.

##END OF ORDER##

SUBMITTED BY:

_____
JUSTIN B. JONES – MSB # 103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM