# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

TITLE TEXT (E.G. UNIT #)

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY |
|---|---|---|---|---|
| JTMNFREV0HD104358 | TOYT | 2017 | RAV4 | UV |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 10/29/2021 | | 4 | USED | PC | 39949 ACTUAL |

**OWNER(S)**

DANCY, MABLE OR JABREKA
1701 MAHORNER RD
SHUQUALAK MS 39361-9031

**BRANDS**

**1ST LIENHOLDER**

SANTANDER CONSUMER USA
P O BOX 961288
FORT WORTH TX 76161

DATE: 10/19/2021

**2ND LIENHOLDER**

DATE:

**MAIL TO**

SANTANDER CONSUMER USA
P O BOX 961288
FORT WORTH TX 76161

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ BY _____
            (LIENHOLDER)                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____ BY _____
            (LIENHOLDER)                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 29TH DAY OF OCTOBER 2021

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1 Mississippi Code of 1972 and subject to the provisions thereof

Exhibit B

MISSISSIPPI DEPARTMENT OF REVENUE

**VOID IF ALTERED**