## N.A.D.A. Official Used Car Guide
## Automated Vehicle Valuation
Tuesday, March 3, 2026

| | | | | |
|---|---|---|---|---|
| **Guide Edition:** | January 2026 | | **Region:** | Southeastern |
| **Vehicle:** | 2017   TOYOTA | | | |
| | RAV4 | | **VIN:** | JTMNFREV0HD104358 |
| | Utility 4D SE 2.5L I4 | | **Weight:** | 3,520 |
| **Mileage:** | 120,000 | | **MSRP:** | $28,790.00 |
| **Base Retail:** | $18,550.00 | **Base Trade:**  $15,000.00 | **Base Loan:** | $13,500.00 |

**Accessory Adjustments:**

| | (Retail) | (Trade) | (Loan) |
|---|---|---|---|
| Aluminum/Alloy Wheels | (w/body) | (w/body) | (w/body) |
| Blind Spot Monitor | (w/body) | (w/body) | (w/body) |
| Fog Lights | (w/body) | (w/body) | (w/body) |
| Passive Keyless Entry | (w/body) | (w/body) | (w/body) |

**Mileage Adj.:**   $0.00          **(Trade) Accessory Adj.:**   $0.00

### Total N.A.D.A. Official Used Car Values

**Retail:**  $18,550.00          **Trade:**  $15,000.00          **Loan:**  $13,500.00

All NADA Values Reprinted With Permission Of
N.A.D.A. Official Used Car Guide Company   Copyright NADASC 1996

Exhibit C