

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

In re:                                                                   Case No.: 26-00178-JAW

Mable Deloise Dancy,

                                            Chapter: 13

       Debtor.

### AGREED ORDER ON OBJECTION OF SANTANDER BANK, N.A.
### TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The Court has before it Creditor Santander Bank, N.A., as servicer for Santander Consumer USA Inc.'s ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (docket number 18) set for hearing on March 23, 2026. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2017 Toyota RAV4 bearing Vehicle Identification Number JTMNFREV0HD104358 (the "'Collateral") [Claim 8-1] shall be paid pursuant to Debtor's Plan in the amount of $16,695.00, with 8.5% interest.  The remainder of SCUSA's Claim shall be treated as general unsecured.  Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

This lien retention language shall apply to Debtor's current Chapter 13 Plan, and any amendment or modification thereof.

**##END OF ORDER##**

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Bank, N.A., as*
*servicer for Santander Consumer USA Inc*

*/s/ Joshua C. Lawhorn*
Attorney for Harold J. Barkley, Jr.
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

66534612 v1