United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                    Case No. 26-00178-JAW

Mable Deloise Dancy                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                              Page 1 of 3

Date Rcvd: Apr 22, 2026                 Form ID: n031                       Total Noticed: 28

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mable Deloise Dancy, 1705 Mahorner Rd, Shuqualak, MS 39361 |
| 5615303 | + | Fidelity National Loan, 507 18th Ave N. Ste 5, Columbus, MS 39705-2245 |
| 5615305 | | Jabreka Dancy, 1705 Mahorner Rd, Shuqualak, MS 39361 |
| 5615308 | + | Little Lake Lending, 2726 Mission Racheria, Lakeport, CA 95453-9612 |
| 5615309 | + | Money Matters, 2611 Jefferson St, Macon, MS 39341-2230 |
| 5615316 | + | The Citizens Bank, 521 Main St, Philadelphia, MS 39350-2544 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5615301 | + | Email/Text: bnc@teampurpose.com | Apr 22 2026 19:55:00 | Advance America, 507-4 18th Ave N TownS, Columbus, MS 39705-2245 |
| 5619890 | | Email/Text: exeter@ebn.phinsolutions.com | Apr 22 2026 19:55:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5615302 | | Email/Text: exeter@ebn.phinsolutions.com | Apr 22 2026 19:55:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5615304 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 22 2026 19:54:00 | Fortiva, P.O. Box 790156, Saint Louis, MO 63179-0156 |
| 5615307 | | Email/Text: bk@lendmarkfinancial.com | Apr 22 2026 19:54:00 | Lendmark, Attn: Bankruptcy, 1735 N. Brown Road, Suite 300, Lawrencevile, GA 30043 |
| 5620805 | | Email/Text: bk@lendmarkfinancial.com | Apr 22 2026 19:54:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30014 |
| 5615310 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 22 2026 19:55:00 | Navy Federal Credit Un, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 5615311 | + | Email/Text: ABENTLEY@OKINUS.COM | Apr 22 2026 19:54:00 | Okinus, Inc, Attn: Bankruptcy, 147 W Railroad St, S, Pelham, GA 31779-1631 |
| 5618954 | + | Email/Text: bnc@teampurpose.com | Apr 22 2026 19:55:00 | PURPOSE FINANCIAL, INC, PO BOX 3058, SPARTANBURG SC 29304-3058 |
| 5615306 | | Email/Text: bankruptcy@qcholdings.com | Apr 22 2026 19:54:00 | Lend Nation, 2024 Hwy 45 N, Columbus, MS 39705 |
| 5619353 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2026 19:55:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5615312 | | Email/Text: bankruptcy@republicfinance.com | Apr 22 2026 19:55:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5636518 | | Email/Text: bankruptcy@republicfinance.com | Apr 22 2026 19:55:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5615314 | | Email/Text: bankruptcy@snapfinance.com | | |

District/off: 0538-3      User: mssbad      Page 2 of 3

Date Rcvd: Apr 22, 2026      Form ID: n031      Total Noticed: 28

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 22 2026 19:54:00 | SNAP Finance, P.O. Box 26561, Salt Lake Cit, UT 84126 |
| 5615315 | | Email/Text: bankruptcy@sunbit.com | Apr 22 2026 19:54:00 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 5623779 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 22 2026 19:55:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5615313 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 22 2026 19:55:00 | Santander Consumer USA, 1601 Elm St, Ste 800, Dallas, TX 75201-7260 |
| 5615317 | | Email/Text: bankruptcy@towerloan.com | Apr 22 2026 19:55:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5627878 | + | Email/Text: bankruptcy@towerloan.com | Apr 22 2026 19:55:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5615318 | ^ | MEBN | Apr 22 2026 19:49:40 | Triad Financial Serv, Attn: Bankruptcy, 13901 Sutton Park Dr S, Suite 300, Jacksonille, FL 32224-0230 |
| 5625997 | + | Email/Text: bk@worldacceptance.com | Apr 22 2026 19:55:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5615319 | + | Email/Text: bk@worldacceptance.com | Apr 22 2026 19:55:00 | World Finance Corp, Attn: Bankruptcy Dept, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank, N.A., as servicer for Santander Co |
| cr | *+ | Money Matters, 2611 Jefferson Street, Macon, MS 39341-2230 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |

District/off: 0538-3                          User: mssbad                                    Page 3 of 3
Date Rcvd: Apr 22, 2026                       Form ID: n031                                   Total Noticed: 28

Harold J. Barkley, Jr.
                    HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor Mable Deloise Dancy trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−00178−JAW
**Chapter:** 13

**In re:**

Mable Deloise Dancy
1705 Mahorner Rd
Shuqualak, MS 39361

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 22, 2026 (Dkt. # 28 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 22, 2026

Danny L. Miller, Clerk of Court