# IN THE UNITED STATES BANKRUPTCY COURT
# IN THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                BANKRUPTCY NO: 26-00178-JAW

**MABLE DANCY**
**1705 MAHORNER RD**
**SHUQUALAK, MS 39361**


## NOTICE AND MOTION TO DISMISS

**COMES NOW,** Harold J Barkley Jr., the duly appointed and qualified Standing **TRUSTEE**  in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN,** to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE,** or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

**NOTICE IS FURTHER GIVEN** that, in the event a written responsive pleading is filed, a hearing on the matter will be held in the Bankruptcy Courtroom 4C, 501 E. Court St., Jackson, MS on AUGUST 3, 2026 @ 10:00 am.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

MAIL PAYMENTS TO:
Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 321454
Flowood, MS    39232

**AMOUNT DUE BY 07/15/2026: $7,357.50**
(As of 06/23/2026 thru end of month)


DATED: 6/24/2026


/s/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - MSB#2008
Chapter 13 Trustee
P O Box 4476
Jackson, MS 39296-4476
Phone: 601-362-6161
Fax: 601-362-8826
Email:  hjb@hbarkley13.com

## <u>CERTIFICATE OF SERVICE</u>

     I, Harold J. Barkley, Jr., Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I mailed, postage prepaid, a true and correct copy of the foregoing pleading to the **DEBTOR,** and by ECF Filing Notification to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

THOMAS C. ROLLINS, JR
trollins@therollinsfirm.com

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

**MABLE DANCY**
**1705 MAHORNER RD**
**SHUQUALAK, MS 39361**

**DATED: 6/24/2026**

          /s/ Harold J. Barkley, Jr.
          Harold J. Barkley, Jr. - MSB#2008