0044-2M-EPIDCTXX-00282226-163404

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   MABLE DELOISE DANCY                        CHAPTER 13
1705 MAHORNER RD                                    Case No:  26-00178-JAW
SHUQUALAK, MS 39361


## CERTIFICATE  OF  SERVICE

I, Harold J. Barkley,Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   06/29/2026


/s/ Harold J. Barkley,Jr.

Harold J. Barkley,Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, MS 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com