United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                Case No. 26-00178-JAW

Mable Deloise Dancy                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                          Page 1 of 3

Date Rcvd: Jul 16, 2026                    Form ID: ntcdsm                   Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mable Deloise Dancy, 1705 Mahorner Rd, Shuqualak, MS 39361 |
| 5615303 | + | Fidelity National Loan, 507 18th Ave N. Ste 5, Columbus, MS 39705-2245 |
| 5615305 | | Jabreka Dancy, 1705 Mahorner Rd, Shuqualak, MS 39361 |
| 5615308 | + | Little Lake Lending, 2726 Mission Racheria, Lakeport, CA 95453-9612 |
| 5615309 | + | Money Matters, 2611 Jefferson St, Macon, MS 39341-2230 |
| 5615316 | + | The Citizens Bank, 521 Main St, Philadelphia, MS 39350-2544 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 16 2026 19:50:03 | Triad Financial Services, 13901 Sutton Park Dr S #300, Jacksonville, FL 32224-0230 |
| 5615301 | + | Email/Text: bnc@teampurpose.com | Jul 16 2026 19:50:00 | Advance America, 507-4 18th Ave N TownS, Columbus, MS 39705-2245 |
| 5619890 | | Email/Text: exeter@ebn.phinsolutions.com | Jul 16 2026 19:50:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5615302 | | Email/Text: exeter@ebn.phinsolutions.com | Jul 16 2026 19:50:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5615304 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 16 2026 19:50:00 | Fortiva, P.O. Box 790156, Saint Louis, MO 63179-0156 |
| 5615307 | | Email/Text: bk@lendmarkfinancial.com | Jul 16 2026 19:50:00 | Lendmark, Attn: Bankruptcy, 1735 N. Brown Road, Suite 300, Lawrencevile, GA 30043 |
| 5620805 | | Email/Text: bk@lendmarkfinancial.com | Jul 16 2026 19:50:00 | Lendmark Financial Services LLC, 2118 Usher Street, Covington, GA 30014 |
| 5615310 | + | EDI: NFCU.COM | Jul 16 2026 23:54:00 | Navy Federal Credit Un, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 5615311 | + | Email/Text: ABENTLEY@OKINUS.COM | Jul 16 2026 19:50:00 | Okinus, Inc, Attn: Bankruptcy, 147 W Railroad St, S, Pelham, GA 31779-1631 |
| 5618954 | + | Email/Text: bnc@teampurpose.com | Jul 16 2026 19:50:00 | PURPOSE FINANCIAL, INC, PO BOX 3058, SPARTANBURG SC 29304-3058 |
| 5615306 | | Email/Text: bankruptcy@qcholdings.com | Jul 16 2026 19:50:00 | Lend Nation, 2024 Hwy 45 N, Columbus, MS 39705 |
| 5619353 | | EDI: Q3G.COM | Jul 16 2026 23:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5615312 | | Email/Text: bankruptcy@republicfinance.com | Jul 16 2026 19:50:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5636518 | | Email/Text: bankruptcy@republicfinance.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: ntcdsm | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| | | Jul 16 2026 19:50:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5615314 | Email/Text: bankruptcy@snapfinance.com | | |
| | | Jul 16 2026 19:50:00 | SNAP Finance, P.O. Box 26561, Salt Lake Cit, UT 84126 |
| 5615315 | Email/Text: bankruptcy@sunbit.com | | |
| | | Jul 16 2026 19:50:00 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 5623779 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jul 16 2026 19:50:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5615313 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jul 16 2026 19:50:00 | Santander Consumer USA, 1601 Elm St, Ste 800, Dallas, TX 75201-7260 |
| 5615317 | Email/Text: bankruptcycourt@towerloan.com | | |
| | | Jul 16 2026 19:50:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5627878 | + Email/Text: bankruptcycourt@towerloan.com | | |
| | | Jul 16 2026 19:50:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5615318 | ^ MEBN | | |
| | | Jul 16 2026 19:50:02 | Triad Financial Serv, Attn: Bankruptcy, 13901 Sutton Park Dr S, Suite 300, Jacksonille, FL 32224-0230 |
| 5682880 | ^ MEBN | | |
| | | Jul 16 2026 19:50:02 | Triad Financial Services, 13901 Sutton Park Dr., South Suite 300, Jacksonville, FL 32224-0230 |
| 5625997 | + Email/Text: bk@worldacceptance.com | | |
| | | Jul 16 2026 19:50:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5615319 | + Email/Text: bk@worldacceptance.com | | |
| | | Jul 16 2026 19:50:00 | World Finance Corp, Attn: Bankruptcy Dept, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank, N.A., as servicer for Santander Co |
| cr | *+ | Money Matters, 2611 Jefferson Street, Macon, MS 39341-2230 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

**Name**                            **Email Address**

District/off: 0538-3        User: mssbad        Page 3 of 3

Date Rcvd: Jul 16, 2026        Form ID: ntcdsm        Total Noticed: 30

Christopher D Meyer

on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com,
sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

Harold J. Barkley, Jr.

on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com,
hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.

HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr

on behalf of Debtor Mable Deloise Dancy trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  26−00178−JAW
Chapter:  13

In re:

Mable Deloise Dancy
1705 Mahorner Rd
Shuqualak, MS 39361

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−5611

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 16, 2026.

Dated: 7/16/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600